UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN HURD,

        Plaintiff,

vs.                                                      Case No.:  3:15-cv-232

UNITED THERAPEUTICS CORP.,

        Defendant.
_____/

**NOTICE OF MEDIATION**

PLEASE TAKE NOTICE THAT a mediation session was held on Wednesday, November 4, 2015, at the office of DAVIDSON & HIERS, P.A., 1513 West Garden Street, Pensacola, FL 32502.  The result of mediation: **IMPASSE**.

Dated this 6th day of November, 2015.

                                                  *s/ David W. Hiers*
                                                  DAVID W. HIERS
                                                  hiers@davidsonhierslaw.com
                                                  FL Bar No.: 749877
                                                  Certified Mediator
                                                  DAVIDSON & HIERS, P.A.
                                                  1513 West Garden Street
                                                  Pensacola, Florida 32501
                                                  Telephone: (850) 287-0035

cc:    R. John Westberry, Esquire
        Clayton M. Connors, Esquire
        Frederick T. Smith, Esquire