UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

J. BRIAN HURD

    VS                                                CASE NO.  3:15cv232-MCR/CJK

UNITED THERAPEUTICS CORPORATION

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    February 11, 2016

Motion/Pleadings: **PLAINTIFF'S STIPULATED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY** [until April 16, 2016]

Filed by   Plaintiff             on   2/10/16   Doc.#   27

RESPONSES:

                                              on             Doc.#

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    __X__ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Kathy Rock*

Deputy Clerk: Kathy Rock

LC (1 OR 2)

***ORDER***

     Upon consideration of the foregoing, it is ORDERED this 12th day of February, 2016, that:

     The relief requested is GRANTED.  The time to conduct discovery is extended to April 16, 2016.  All corresponding deadlines are adjusted and extended accordingly.

s/ *M. Casey Rodgers*

***M. CASEY RODGERS***
*Chief United States District Judge*