UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

J. BRIAN HURD,

    Plaintiff,

v.                               CASE NO. 3:15cv232-MCR/CJK

UNITED THERAPEUTICS CORPORATION,

    Defendant.
_____/

## ORDER

    The prior scheduling order in this case requires counsel of record to file attorney time records. Recent changes to the Local Rules no longer require these monthly filings, and thus, the Court finds it appropriate to amend the scheduling order in this case consistent with the Court's Local Rules.

    Accordingly, the attorney's fee reporting requirement of the current scheduling order is amended as follows:

<u>Attorney's Fees Records</u>. In any proceeding in which a party is seeking an award of attorney's fees against an opposing party pursuant to a statute, contract, or other law, the party seeking such an award must:

    (a)    Maintain a complete, separate, and accurate record of time (to the nearest 1/10 of an hour) devoted to the particular action, recorded contemporaneously with the time expended, for each attorney and each specific activity (i.e. not just "research" or "conference") involved in the action; however, attorney time records shall NOT be filed with the Clerk until necessary for the determination of a fee motion, see N.D. Fla. Loc. R. 54.1(C),

(D);

    (b)    Maintain a separate time record for services performed by any person not a member of the bar, together with the hourly rate at which such person is actually reimbursed, if a claim will be made for those fees;

    (c)    Promptly disclose, on request of any party, the total number of hours that have been devoted to the case by the party's attorneys and other timekeepers through the end of the month preceding the request; see N.D. Fla. Loc. R. 54.1(D); and

    (d)    File a motion for an award of attorney's fees and related non-taxable expenses in accordance with Rule 54(d), Federal Rules of Civil Procedure, and the bifurcated procedure set forth in Local Rule 54.1.

**DONE AND ORDERED on this 29th day of February, 2016.**

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**