UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| J. BRIAN HURD, | : |
| Plaintiff, | : |
| v. | : Case No. 3:15-cv-00232-MCR-CJK |
| UNITED THERAPEUTICS CORPORATION, | : |
| Defendant. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff J. BRIAN HURD and Defendant UNITED THERAPEUTICS CORPORATION, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff J. Brian Hurd's action is dismissed in its entirety, *with prejudice*. Each party will bear its own costs.

Respectfully submitted,

| J. BRIAN HURD | UNITED THERAPEUTICS CORPORATION |
|---|---|
| By:  s/ R. John Westberry | By:  s/ Frederick T. Smith |
| R. John Westberry | Frederick T. Smith |
| Florida Bar No. 244661 | fsmith@seyfarth.com |
| rjs@westconlaw.com | Alex S. Drummond |
| WESTBERRY & CONNORS, LLC | Florida Bar No. 0038307 |
| 4400 Bayou Boulevard, Suite 32A | adrummond@seyfarth.com |
| Pensacola, Florida  32503 | SEYFARTH SHAW LLP |
| Telephone:  (850) 473-0401 | 1075 Peachtree Street, N.E. |
| Facsimile:  (850) 473-1388 | Suite 2500 |
| | Atlanta, Georgia 30309-3958 |
| | Telephone:  (404) 885-1500 |
| | Facsimile: (404) 892-7056 |

Date:  April 4, 2016